# United States District Court
## Violation Notice

CVB Location Code: **CT50**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4416606 | E. ALLEN | 3180 |

4416606

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 02/04/2015 1404 | 1.218 (b) (11) |

Place of Offense: 950 CAMPBELL AVE, WEST HAVEN, CT 06516 — MEDICAL E.R. BUILDING #2

Offense Description: Factual Basis for Charge — HAZMAT ☐

**DISORDERLY CONDUCT**

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| BENOIT | BRUCE | J |

Tag No. / State / Year / Make/Model / PASS ☐ / Color

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 250 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT → $ 275 Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: N/A
Date (mm/dd/yyyy): —
Time (hh:mm): —

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)    Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/04/2015 while exercising my duties as a law enforcement officer in the **50th** District of **CONNECTICUT**

SEE UOR # 20150204 1304 - 2052

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/04/2015   Officer's Signature: _____

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident